AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Samuel J. Fisher | ) Case: 1:21-mj-00146 |
| | ) Assigned to: Judge Zia M. Faruqui |
| AKA: Brad Holiday | ) Assign Date: 1/21/2021 |
| Date of Birth: XXXXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1752(a)(1) and 1752(a)(2) | Unlawful Entry on Restricted Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly Conduct on Restricted Grounds) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

KATHERINE ANGULO, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/20/2021__

_____
Judge's signature

City and state: Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*