AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
| v. | ) | Case No. |
| Samuel J. Fisher | ) | |
| AKA: Brad Holiday | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                       Samuel J. Fisher                                       ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and 1752(a)(2) - Unlawful Entry on Restricted Grounds;
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct on Restricted Grounds)

2021.01.20
06:52:13 -05'00'

Date:        01/20/2021

_____
Issuing officer's signature

City and state:        Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  1/20/2021 , and the person was arrested on *(date)*  1/20/2021
at *(city and state)*  New York, NY      .

Date:  1/28/2021

_____
Arresting officer's signature

Special Agent Katherine Angulo
*Printed name and title*

DOCKET No. _21m748_____     DEFENDANT _Samuel Fisher_____

AUSA _Benjamin Schrier_____     DEF.'S COUNSEL _Tamara Giwa_____

☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☑ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST _1/20/21_____    ☐ VOL. SURR.

                                       TIME OF ARREST _8AM_____    ☑ ON WRIT

☐ Other: _____    TIME OF PRESENTMENT _433pm____

---

## BAIL DISPOSITION

                                                             ☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE     ☑ DETENTION:  RISK OF FLIGHT/DANGER ☑ SEE TRANSCRIPT

☐ DETENTION HEARING SCHEDULED FOR: _____

☐ AGREED CONDITIONS OF RELEASE

☐ DEF. RELEASED ON OWN RECOGNIZANCE

☐ $_____ PRB    ☐ _____FRP

☐ SECURED BY $_____ CASH/PROPERTY: _____

☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____

☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES

☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES

☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS

☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS

☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM

☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET

☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____

_____; REMAINING CONDITIONS TO BE MET BY: _____

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY            ☐ CONFERENCE BEFORE D.J. ON _____

☐ DEF. WAIVES INDICTMENT

☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:

☑ IDENTITY HEARING WAIVED             ☑ DEFENDANT TO BE REMOVED

☑ PRELIMINARY HEARING IN SDNY WAIVED    ☑ CONTROL DATE FOR REMOVAL: _2/3/2021_____

---

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

**DATE:** _1/20/21_____             _____

                                             **UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                    **WAIVER OF RIGHT TO BE PRESENT AT**
                                                       **CRIMINAL PROCEEDING**

Samuel Fisher          ,
                 Defendant.                            -CR-    ( )( )
-----------------------------------------------------------------X              21m748

**Check Proceeding that Applies**

_____    Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge.  After consultation with my attorney, I wish to plead not guilty.  By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that**:**

1)    I have received and reviewed a copy of the indictment.
2)    I do not need the judge to read the indictment aloud to me.
3)    I plead not guilty to the charges against me in the indictment.

Date:        _____
             Signature of Defendant


             _____
             Print Name

_X_    Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.

Date:        _____ Tamara Giwa for Samuel Fisher
             Signature of Defendant


             Samuel Fisher
             _____
             Print Name

_____    Conference

I have been charged in an indictment with violations of federal law.  I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law.  I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur.  I have discussed these issues with my attorney and wish to give up my right to be present at the conferences.  By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:          _____
                      Signature of Defendant


                      _____
                      Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:          _____/s/ Tamara Giwa_____
                      Signature of Defense Counsel


                      _____Tamara Giwa_____
                      Print Name


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.   The interpreter's name is: _____.


Date:          _____
                      Signature of Defense Counsel


**Accepted:**    _____
                      Signature of Judge
                      Date:   1/20/21

2

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 21m748 |
| | ) |
| Samuel Fisher | ) Charging District's |
| *Defendant* | ) Case No. 21mj146 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___District of___ District of ___Columbia___ ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:       ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___01/20/2021___

_____
*Judge's signature*

Stewart D. Aaron, United States Magistrate Judge
*Printed name and title*

Print       Save As...       Reset

Query     Reports     Utilities     Help     What's New     Log Out

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00748-UA All Defendants

Case title: USA v. Fisher

Date Filed: 01/20/2021

Other court case number:  21 Mj 146 U.S. District Court- District of Columbia

Date Terminated: 01/20/2021

Assigned to: Judge Unassigned

### Defendant (1)

**Samuel Fisher**
*TERMINATED: 01/20/2021*
*also known as*
Brad Holiday
*TERMINATED: 01/20/2021*

represented by **Tamara Lila Giwa**
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007
(212) 417-8719
Email: tamara_giwa@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

18:1752.P UNLAWFUL ENTRY ON RESTRICTED GROUNDS , 40:5104.P DISORDERLY CONDUCT ON RESTRICTED GROUNDS

### Disposition

**Plaintiff**

**USA**                                             represented by  **Benjamin Woodside Schrier**
DOJ-USAO
1 St. Andrew's Plaza
New York, NY 10007
(212) 637-1062
Email: benjamin.schrier@usdoj.gov
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

**Jacob Harris Gutwillig**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2215
Email: jacob.gutwillig@usdoj.gov
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2021 | | Arrest (Rule 5(c)(3)) of Samuel Fisher. (dif) (Entered: 01/21/2021) |
| 01/20/2021 | 1 | RULE 5(c)(3) AFFIDAVIT of Katherine Angulo, Special Agent with the Federal Bureau of Investigations ("FBI"), from the United States District Court - District of Columbia, as to Samuel Fisher. (Signed by Magistrate Judge Stewart D. Aaron on 1/20/2021) (dif) Modified on 1/21/2021 (dif). (Entered: 01/21/2021) |
| 01/20/2021 | 2 | CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE as to Samuel Fisher.. (Signed by Magistrate Judge Stewart D. Aaron on 1/20/2021)(dif) (Entered: 01/21/2021) |
| 01/20/2021 | 3 | WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING as to Samuel Fisher.. (Signed by Magistrate Judge Stewart D. Aaron on 1/20/2021)(dif) (Entered: 01/21/2021) |
| 01/20/2021 | 4 | CJA 23 Financial Affidavit by Samuel Fisher. (Signed by Magistrate Judge Stewart D. Aaron) (Federal Defender Tamara Giwa Appointed) (dif) (Entered: 01/21/2021) |
| 01/20/2021 | | Attorney update in case as to Samuel Fisher. Attorney Tamara Lila Giwa for Samuel Fisher added.. (dif) (Entered: 01/21/2021) |
| 01/20/2021 | 5 | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Initial Appearance in Rule 5(c)(3) Proceedings as to Samuel Fisher held on 1/20/2021., Deft Appears with Federal Defender Tamara Giwa and AUSA Benjamin Schrier for the government. Detention; See Transcript; Identity Hearing Waived; Defendant To Be Removed; Preliminary Hearing in SDNY Waived; Control Date for Removal 2/3/2021 (dif) (Entered: 01/21/2021) |
| 01/20/2021 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Samuel Fisher. Defendant committed to the United States District Court - District of District of Columbia.. (Signed by Magistrate Judge Stewart D. Aaron on 1/20/2021)(dif) (Entered: 01/26/2021) |
| 01/26/2021 | | RULE 5(c)(3) DOCUMENTS SENT as to Samuel Fisher from the U.S.D.C. Southern District of New York to the United States District Court - District of District of Columbia. Sent original file along with documents numbered 1 to 6, certified copies of: Rule 5(c)(3) |

| | | Documents, the docket sheet, and letter of acknowledgment. on 1/26/2021. (dif) (Entered: 01/26/2021) |